**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION**

| | |
|---|---|
| **SHERRI JAMES,** | |
| **Plaintiff,** | |
| -v- | Civil Case Number: 2:24-cv-10951-DML-CI |
| **EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| **Defendants.** | |

**NOTICE OF SETTLEMENT
AS TO EQUIFAX INFORMATION SERVICES, LLC**

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **EQUIFAX INFORMATION SERVICES, LLC only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation and Order for Dismissal with prejudice of the claims asserted against **EQUIFAX**. It is respectfully requested that the matter against **EQUIFAX** be stayed for sixty (60) days to allow all parties to finalize settlement details.

Dated:  December 9, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:     (732) 695-3282
Email: YZelman@MarcusZelman.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **9th day of December 2024**. Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

Dated: December 9, 2024

                                            /s/ Yitzchak Zelman
                                            **Yitzchak Zelman, Esq.**