UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRI JAMES,

                          Plaintiff,                          Case Number 24-10951
v.                                                            Honorable David M. Lawson

EXPERIAN INFORMATION SOLUTIONS,
INC. and EQUIFAX INFORMATION
SERVICES, LLC,

                          Defendants.
_____/

## ORDER OF PARTIAL DISMISSAL

On December 9, 2024, counsel for the plaintiff and defendant Equifax Information Services, LLC informed the Court that they had reached an agreement to resolve all of the plaintiff's claims against Equifax.  The plaintiff's claims against Equifax therefore will be dismissed.

Accordingly, it is **ORDERED** that the plaintiff's claims against Equifax Information Services, LLC **only** are **DISMISSED WITH PREJUDICE** and without costs to any party.  Either party may apply to enforce the settlement agreement **on or before February 10, 2025**.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Dated:  December 12, 2024