## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

SHERRI JAMES,

                    **Plaintiff,**

      **-v-**

EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,

               **Defendants.**

**Civil Case Number: 2:24-cv-10951-DML-CI**

## STIPULATION OF DISMISSAL

     Plaintiff Sherri James and Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against all Defendants in the above-captioned matter, with prejudice.

     The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: February 18, 2025

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Sherri James*

/s/ Miriam Archibong
Miriam Archibong, Esq.
Jones Day - Detroit
150 W Jefferson Ave, Suite 2100
Detroit, MI 30309
Tel: (313) 733-3939
Email: marchibong@jonesday.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

/s/ Jordan S. Bolton
Jordan S. Bolton, Esq.
Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Tel: (248) 351-3000

Email: jbolton@taftlaw.com
*Attorney for Defendant*
*Equifax Information Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed on February 18, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Yitzchak Zelman