UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRI JAMES,

          Plaintiff,                           Case Number 24-10951

v.                                                   Honorable David M. Lawson

EXPERIAN INFORMATION SOLUTIONS,
INC.,

          Defendant.
_____/

## ORDER OF DISMISSAL

On February 18, 2025, counsel for the plaintiff and defendant Experian Information Solutions, LLC, informed the Court that they had reached an agreement to resolve all of the plaintiff's claims. The plaintiff's claims against Experian therefore will be dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, it is **ORDERED** that the plaintiff's claims against Experian Information Solutions, LLC are **DISMISSED WITH PREJUDICE** and without costs to any party. Either party may apply to reopen the matter to enforce the settlement agreement **on or before March 20, 2025**.

                                                              s/David M. Lawson
                                                              DAVID M. LAWSON
Dated:  February 18, 2025                        United States District Judge